JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANNE CATES, an individual,

    Plaintiffs,

vs.

PUBLIC EMPLOYEE RETIREMENT SYSTEM OF NEVADA, a political subdivision of the State of Nevada, DANA BILYEAU, an individual, TINA LEISS, an individual, HOLLY ZIMMERMANN, an individual,

    Defendants.

CASE NO. 3:05-cv-696

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME

The parties by and through their undersigned counsel of record hereby stipulate and agree that Plaintiff may have an enlargement of time within which to file her Opposition to Motion For Summary Judgment for a period of 30 days, from August 7, 2007 to and including September 7, 2007. Good cause exists for the requested relief in that counsel inadvertently opened the file while remote and did not save it or print it. Accessing the server removed it

///
///
///
//
///
///
///

JADkddates/enlrg time opp mjs

1

from the server at counsel's office, so upon return it was not pulled and calendared. Opposing counsel inquired about the opposition which led to the re-discovery of the motion on docket.

DATED 8/22/07

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED 8/23/07

LAW OFFICES OF
WOODBURN AND WEDGE

_____
CHRIS WICKER
Counsel for Defendants

ORDER

IT IS SO ORDERED this 27th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JADkddares/enlrg time opp mjs

2