AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

ANNE CATES,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:05-cv-00696-LRH-RAM**

PUBLIC EMPLOYEES' RETIREMENT
SYSTEM OF NEVADA, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' #45 Motion for Summary Judgment, is hereby GRANTED.


   March 27, 2008                                  **LANCE S. WILSON**
                                                               Clerk

                                                           /s/ Kalani Lizares
                                                            Deputy Clerk